Aaron B. Clark (15404)
Jordan E. Westgate (16098)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
aaron.clark@dentons.com
jordan.westgate@dentons.com

*Attorneys for Defendant, Robert Sutherland MacLean*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNTIED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT SUTHERLAND MACLEAN, <br><br> Defendant. | **MOTION FOR LEAVE TO FILE MOTION IN LIMINE** <br><br> Case No: 2:23-CR-00153 <br><br> Judge Dale A. Kimball |

Defendant Robert MacLean ("**Mr. MacLean**"), through counsel, submits this Motion for Leave to File Motion in Limine ("**Motion**"). Pursuant to this trial order, motions in limine were due June 17, 2025. On July 8, 2025, however, the government alerted counsel that it intended to introduce prejudicial statements relating to Mr. MacLean's history of drug use, which prompted the immediate filing of this Motion. The government has informed counsel that it does not object to this late filing.

1

SL_8030667.1

DATED this 9th day of July, 2025.

**DENTONS DURHAM JONES PINEGAR**

 */s/ Aaron Clark*
Aaron B. Clark
Jordan E. Westgate

*Attorneys for Defendant,*
*Robert Sutherland MacLean*

2

SL_8030667.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, a true and correct copy of the foregoing was served via the Court's Electronic Filing System to all counsel of record.

*/s/ Aaron Clark*

SL_8030667.1