# EXHIBIT A



# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## (SEX OFF-ADULT FONDLING/SEX ABU)
## GO# SL 2022-37776

RPT-SLPD-01-00001

# Table of Contents

**Related Event GO# SL 2022-37776** ....................................................................... **1**

**Offense(s)** .......................................................................................................... **1**

**Related Person(s)** ............................................................................................. **2**

    **1. Victim # 1 - J⬛⬛, W⬛⬛⬛** ........................................................................ **2**

**Related Business(es)** ....................................................................................... **2**

    **1. Premises # 1 - SLC AIRPORT** ................................................................... **2**

 **Related Narrative(s)** ......................................................................................... **4**

    **1. Ruiz, Miguel  (74V),  INITIAL R/O  - (Victim #1) J⬛⬛, W⬛⬛⬛ (DOB: ⬛⬛⬛** ....................................... **4**

**Related Follow Up(s)** ....................................................................................... **6**

    **1. Follow Up Report # SL 1 (NOT COMPLETED) - Ruiz, Kylie** ............................................ **6**

RPT-SLPD-01-00001.02



# SALT LAKE POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### (SEX OFF-ADULT FONDLING/SEX ABU)

## General Offense Information

| | |
|---|---|
| **Operational Status** | OPEN/ACTIVE |
| **Reported On** | MAR-02-2022  (WED.) 1034 |
| **Occurred On** | MAR-01-2022  (TUE.) 2320 |
| **Approved On** | MAR-02-2022  (WED.) |
| **Approved By** | 83Y  -  GARCIA, GENO |
| **Report Submitted By** | 74V  -  RUIZ, MIGUEL |
| **Org Unit** | AIRPORT |
| **Address** | 3920 W TERMINAL DR |
| **Municipality** | SALT LAKE CITY |
| **County** | SALT LAKE COUNTY |
| **District** SL1A **Beat** 800 | |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1   3601-1   SEX OFF-ADULT FONDLING/SEX ABU  -  COMPLETED |
| **Statute** | 11.16.100   DISORDERLY CONDUCT |
| **Location** | AIR/BUS/TRAIN TERMINAL |
| **Suspected Of Using** | NOT APPLICABLE |
| **Weapon Type** | PERSONAL WEAPONS / PHYSICAL |
| **Bias** | NONE (NO BIAS) |

RPT-SLPD-01-00001.03

# SALT LAKE POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

**(SEX OFF-ADULT FONDLING/SEX ABU)**

GO# SL 2022-37776
OPEN/ACTIVE

---

## Related Person(s)

### 1.  VICTIM # 1 - J█████, W███████

#### CASE SPECIFIC INFORMATION



| | |
|---|---|
| **Sex** | FEMALE |
| **Race** | CAUCASIAN/WHITE |
| **Date Of Birth** | |
| **Address** | |
| **Municipality** | |
| **State** | |
| **ZIP Code** | |
| **Home** | |
| **Email** | |

#### PERSON PARTICULARS

#### MASTER NAME INDEX REFERENCE



| | |
|---|---|
| **Name** | J████, W██████ |
| **Sex** | FEMALE |
| **Race** | CAUCASIAN/WHITE |
| **Date Of Birth** | |
| **Address** | |
| **Municipality** | |
| **State** | |
| **ZIP Code** | |

*PHONE NUMBERS*

| | |
|---|---|
| **Home** | |
| **Email** | |

#### LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | NON-RESIDENT |
| **Age Range** | 50-64 YEARS |
| **Type Of Injury** | NONE |
| **Victim Of** | 3601- 1  SEX OFF-ADULT FONDLING/SEX ABU -  COMPLETED |

## Related Business(es)

### 1.  PREMISES # 1 - SLC AIRPORT

| | |
|---|---|
| **Address** | 3920 W. TERMINAL DRIVE |

---

RPT-SLPD-01-00001.04

# SALT LAKE POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (SEX OFF-ADULT FONDLING/SEX ABU)

|  |  |
|---|---|
| **Municipality** | SALT LAKE CITY |
| **State** | UTAH |
| **ZIP Code** | 84116 |
| **Phone Number** | (801) 575-2479 |
| **Type** | PUBLIC TRANSPORTATION COMPANIES |

RPT-SLPD-01-00001.05

**SALT LAKE POLICE DEPARTMENT**

GO# SL 2022-37776
OPEN/ACTIVE

GENERAL OFFENSE HARDCOPY

(SEX OFF-ADULT FONDLING/SEX ABU)

---

## Narrative Text

    **Type** INITIAL R/O

    **Subject** (Victim #1) J▇▇, W▇▇▇▇   (DOB: ▇▇▇▇▇▇▇)

    **Author** 74V - Ruiz, Miguel

**Related Date** Mar-02-2022

Synopsis:

Passenger on board an aircraft reporting another passenger touching her inappropriately the day before. Airline took a report and offered to call police but passenger declined at the time.

Details:

Possible assault occurring on board an aircraft en route to Salt Lake City International Airport from Chicago, Illinois.

Flight Info: United Airlines flight UA5433 from Chicago, Illinois at 23:20 on 03-01-2022.

Dispatch assigned me to case 22-37776 for a phone report of the incident occurring the night before. I called W▇▇▇ J▇▇ and spoke with her on the phone.

W▇▇▇ stated she was flying alone to Salt Lake City and was moved to first class by United Airlines. She was seated at 3D and a male named Bobby was seated next to her at 3C.

W▇▇▇ explained she had one cocktail and Bobby had 5 alcoholic drinks during the flight. Throughout the duration of the flight Bobby kept getting closer and closer to her while they were talking. She said she mentioned to him she had been married for 27 years and figured he would leave her alone. Bobby kept flirting with her and at one point brushed her breast with his arm. W▇▇▇ thought it was accidental because she is not smaller chested and they do get in the way sometimes and didn't think much about it at the time. Another time Bobby leaned his head on her shoulder briefly and asked what she was doing as she was knitting. She told him to stay on his side of his chair and leave her alone. During the flight Bobby did get up to go to the bathroom and W▇▇▇ mentioned to the flight attendant not to serve Bobby any more drinks. Eventually Bobby did fall asleep during the flight and didn't have his mask on. When the flight attendant went to wake him up to put the mask on, W▇▇▇ asked her not to wake him up. The flight attendant then handed her a note asking if everything was alright. She said no he just won't leave me alone. When the aircraft was in it's final approach, the passengers were instructed to put on their seat belts, Bobby grab her breast and tried to put on her seat belt. She pushed his arm away and Bobby possibly thought he might have gone too far from his reaction. When the aircraft finally arrived at the gate, Bobby jumped up and got off the plane quickly. W▇▇▇ thought Bobby might have overheard her talking to the flight attendant about the incident while she thought he was sleeping.

After most of the passengers deplaned, W▇▇▇ explained to a flight attendant bout the incident. United Airlines asked her if she wanted to speak with Police and W▇▇▇ declined as she was embarrassed and didn't want to cause a scene.

A United Airlines flight attendant walked with W▇▇▇ to the curb for an Uber ride and explained if W▇▇▇ changes her mind later they can file something on their end.

W▇▇▇ stated she was in Salt Lake City for now but lives in ▇▇▇▇▇▇

---

RPT-SLPD-01-00001.06

# SALT LAKE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (SEX OFF-ADULT FONDLING/SEX ABU)

W███ called today after thinking about it to at least file a report with Police for a case number. United Airlines explained they could use the report to possibly blacklist Bobby if another event was to occur.

Nothing further.

RPT-SLPD-01-00001.07

# SALT LAKE POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY

**(SEX OFF-ADULT FONDLING/SEX ABU)**

GO# SL 2022-37776
OPEN/ACTIVE

Follow Up Report #  SL  1 - NOT COMPLETED

## Follow Up Report  # 1 - NOT COMPLETED

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 166V - RUIZ, KYLIE | **Rank** | DETECTIVE |
| **Capacity** | INVESTIGATE/CASE MANAGER | **Org Unit** | AIRPORT INVESTIGATIONS |
| **Assigned On** | MAR-04-2022  (FRI.) 1359 | **By** | 95Y -  ALBRECHT, RYAN |
| **Report Due On** | APR-03-2022  (SUN.) | | |

# SALT LAKE POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (SEX OFF-ADULT FONDLING/SEX ABU)

**\*\*\* END OF HARDCOPY \*\*\***