# EXHIBIT B

164D-SU-3571214 Serial 2

- 1 of 4 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____03/21/2022_____

On 03/11/2022, writer and SA Daniel Gartland met with victim, W███ J██, DOB: ███████, cellular telephone: ██████████, home address: ████████ ████████████████████, work address: ████████████████ ████████████████ at the Starbucks located at ████████████ ████████████████. After providing the identities of the interviewing Agents and the nature of the interview, J██ provided the following information:

J██ stated that on 03/01/2022, J██ boarded United Airlines Flight 5433 from Chicago to Salt Lake City for a work related trip. J██ was knitting in the airport while waiting to board and continued to knit when she was seated in her assigned seat in 3D after she was bumped up to first class. Shortly after being seated, a white male, with blonde hair, fit physique, approximately 160-170 pounds, approximately 55-56 years old, wearing black pants, a black short sleeved shirt with a zipper, gray/dark tennis shoes, carrying a black backpack with green writing, sat down next to J██ in assigned seat 3C. The plane had two seats on one side of the plane and one seat on the other side of the plane. The male introduced himself as "BOBBY".

Once seated, "BOBBY" shook J██'s hand and for the first 20 minutes of the flight, J██ and "BOBBY" made small talk. J██ stated that "BOBBY" provided information about himself and was a very loud talker. J██ stated that "BOBBY" said that his parents had been missionaries and had been to Ukraine. J██ stated that "BOBBY" loudly called Putin a "pussy" making J██ feel uncomfortable because he said it so loud, she was afraid the entire plane could hear them. "BOBBY" told J██ that he had children and that his daughter was attending Northeastern University. "BOBBY" told J██ that he had attended Stanford University and was a software consultant. "BOBBY" mentioned the software "SAP", which J██ was familiar with. "BOBBY" spoke to J██ about drug addiction and that he had previously been addicted but "God had gotten him through it." "BOBBY" told J██ that he had been addicted to cocaine and asked J██ if she had ever used cocaine. J██ stated that she told "BOBBY" that she had never done any drugs and was a "rule follower". J██ stated that "BOBBY" liked that answer and told J██ that she was his "type" and he found her very attractive. J██ ignored "BOBBY's" comment, continued to knit and "BOBBY" put

| | | |
|---|---|---|
| Investigation on  03/11/2022  at ████████████████ | United States (In Person) | |
| File #  164D-MW-3571214 | Date drafted  03/15/2022 | |
| by  Heather N Wright | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RPT-FBI-01-00002

FD-302a (Rev. 5-8-10)

164D-MW-3571214

Continuation of FD-302 of  (U) Interview of W█████ J█████ , On  03/11/2022 , Page  2 of 4


in his headphones.

Once they were in the air, the flight attendant began asking for drink orders. J██ stated that she ordered a vodka cranberry and "BOBBY" ordered the same. J██ stated that she found it odd that "BOBBY" ordered the same drink. J██ stated that "BOBBY" would eventually have five vodka drinks throughout the course of the flight. After the first drinks were served, "BOBBY" suddenly put his arm under hers, snuggled up into her body, and asked her to show him how to knit. J██ stated that when "BOBBY" grabbed her arm, his hand brushed over the front of her breast. This made J███ uncomfortable, however, she was unsure if he had meant to graze her breast or if it had been an accident. J██ quickly showed "BOBBY" what she was doing and said "that's it." "BOBBY" then touched the front of her breast again. At this point, J██ knew that the touching had not been accidental and pushed his hand away. J██ stated that "BOBBY" apologized and told J██ that he found her to be sexy and attractive. "BOBBY" asked if it was ok that he found her attractive. J██ stated that she told him it was okay but that he needed to keep his hands to himself.

J██ stated that as the flight went on and "BOBBY" continued to have drinks, she began to sit towards the front of her seat, extremely close to the window in order to create as much space between her and "BOBBY". "BOBBY", again, reached under her arm and touched the front of her breast. J███ sternly stated "pal, you need to keep your hands to yourself!" "BOBBY" then got up and went to the restroom. As soon as "BOBBY" got up to go to the restroom, J██ stated that she pushed the call button in order to get the flight attendant's attention. J██ stated that she asked the flight attendant to stop serving him drinks because he was getting "handsy." J██ stated that the flight attendant said "well you see that I was reluctant to give him the drink." J██ stated that the flight attendant and "BOBBY" had previously been arguing because she had run out of cranberry juice. The flight attendant had resorted to giving "BOBBY" a vodka with club soda instead of vodka and cranberry juice. The flight attendant eventually had to tell "BOBBY" that there would no longer be any more alcohol served in first class.

When "BOBBY" returned to his seat, "BOBBY" fell asleep. J██ kept her reading light on the entire flight to ensure that "BOBBY" did not continue to assault her. "BOBBY" did not have a mask on and had taken off his shoes. When the flight attendant walked by, she appeared like she was going to wake him up due to him not having his mask on. J██ then begged her not to wake him. It was at this point, the flight attendant went to the back of the plane and wrote her note asking if J██ was okay. J██ stated that she believed the flight attendant finally recognized the signs that she was in distress. The flight attendant also asked on the note if J██ wanted them to



164D-SU-3571214 Serial 2

FD-302a (Rev. 5-8-10)

164D-MW-3571214

Continuation of FD-302 of (U) Interview of W▉▉▉ J▉▉ , On 03/11/2022 , Page 3 of 4

call the police. J▉▉ wrote back that she did not want to cause a scene but when they landed, J▉▉ would not be getting off the plane right away and was going to wait for everyone to deplane before getting off. J▉▉ stated that the flight attendant never offered to move J▉▉ at any time.

J▉▉ stated that as they got closer to their destination, the seat belt light came on and "BOBBY" sat up. He quickly grabbed her breast and said "I have to help you put your seatbelt on." J▉▉ shoved "BOBBY's" hand away and told him she was fine and he needed to worry about himself. "BOBBY," again, apologized and said that he just found her attractive.

When the plane landed, "BOBBY" exited the plane quickly. J▉▉ noticed that "BOBBY" had left his headphones and provided them to the flight attendant. As J▉▉ finally exited the plane, the flight attendant asked to speak with J▉▉. J▉▉ was standing at by the gate Agent with the flight attendant when "BOBBY" returned to the plane to retrieve his headphones. J▉▉ stated that she told the flight attendant that she did not want to talk until "BOBBY" was nowhere near her. J▉▉ stated that as "BOBBY" passed them to retrieve his headphones, she could see that "BOBBY" was aware something was up. The flight attendant and J▉▉ waited for some time for "BOBBY' to come back up. Finally, after "BOBBY" exited the gate, J▉▉ spoke with the flight attendant regarding the incident.

The flight attendant told J▉▉ that she knew who "BOBBY" was and that she had informed the pilot of what was occurring during the course of the flight. The flight attendant commented that she thought "BOBBY" may have gone to the bathroom and masturbated in the bathroom after assaulting her. The flight attendant told J▉▉ that a complaint had been generated with United Airlines and if J▉▉ didn't want to call the police at the time, J▉▉ could always call the police at a later date. J▉▉ was told that she would be receiving a call from United Airlines the following day. The flight attendant and pilot then walked J▉▉ to the Uber that was waiting for her in order to ensure her safety

When J▉▉ got to her hotel, she immediately called her husband and told him about the assault. J▉▉ also called her daughter, who is a law student at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ They both encouraged J▉▉ to call the police so the following morning, on 03/02/2022, J▉▉ called the Salt Lake City Police Department, who transferred her to the Salt Lake City Airport Police. The individual J▉▉ spoke with told J▉▉ that they had no record of J▉▉'s complaint. J▉▉ then filed a formal complaint. J▉▉ stated that the complaint number she was provided was 22-37776. The individual told J▉▉ that they were unsure if the incident fell under their jurisdiction but they took her statement anyway.

164D-SU-3571214 Serial 2

FD-302a (Rev. 5-8-10)

164D-MW-3571214

Continuation of FD-302 of  (U) Interview of W███ J██ , On  03/11/2022 , Page  4 of 4

When J██ did not hear from United Airlines on 03/02/2022, J██ called on 03/03/2022. The representative she spoke to initially could not find J██'s initial complaint, so they walked J██ through filing a complaint online. Once she filed her complaint online, she received a call back from United. The representative she spoke to at that time, was able to retrieve both the initial and online complaint filed. The representative informed J██ that the individual that had assaulted her had been banned for life from all United flights, although the representative refused to provide his name. Also, during the conversation, the representative told J██ that there had been a couple of seats open in the main cabin where she could have been moved during the flight.

J██ then called the Salt Lake City Airport Police again to see if there had been any updates on their end. The individual that she spoke to asked J██ what she wanted them to do. J██ was taken aback by the comment. J██ told the police that she wanted to follow through with any investigation into the incident. The police then told J██ to contact the FBI and indicated that she may not hear from them for approximately eight months. They told J██ that she would be contacted by a victim advocate, however, J██ had not heard from the victim advocate yet.

J██ stated that the overall assault made her feel violated and angry because "BOBBY" had made her feel vulnerable. J██ stated that "people" keep asking her what she wants done as if she should just go away and leave it alone. J██ stated that these comments are disheartening because "BOBBY" had taken her innocence away. J██ stated that she used to travel via aircraft for work all the time. J██ stated that she now would never be able to fall asleep on a plane and she will always worry about who she was seated next to. J██ stated that the people who were seated in front of her and "BOBBY" on the plane as well as the individual seated in 2A, had to have known what was happening during the course of the flight. J██ stated that the male seated in 2A kept looking over at them and the guy seated in front of her kept looking back because the entire plane had their reading light turned off on order to sleep but J██ kept hers on because of "BOBBY".

J██ stated that she called the FBI to report the incident on 03/07/2022. J██ stated that following her call to the FBI, on 03/09/2022, J██ conducted a search for "BOBBY" on "Linked In." J██ searched for "BOBBY," "a consultant using SAP," that "attended Stanford University", and located a BOBBY MACLEAN. The profile showed that he had a daughter that attended Northeastern. J██ was sure that this profile belonged to the individual that assaulted her on the flight.

RPT-FBI-01-00002.04