# EXHIBIT C

FD-302 (Rev. 5-8-10)

-1 of 2-

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**



**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system

Date of entry    06/10/2025

On May 22, 2025 TFO Kylie Ruiz received a phone call from W█████ J████. W████ explained she had just received a phone call from a person identifying themselves as retired FBI and a private investigator for the defense. He wanted to question her about her statement. He also questioned her if she had a victim's rights attorney causing her to ask if she should have one and if it was bad that she said she did not. W███ text a photo of the business card sent to her belonging to "2 Shots Private Investigations"; "Greg Rogers" "Private Investigator"; "Special Agent FBI-Retired"; "S███████████K@YAHOO.COM"; "████████7756" to TFO Ruiz. TFO Ruiz informed J███ it was her choice if she wanted to talk to the investigator. TFO Ruiz also explained to her it was not necessarily bad she did not have a victim's rights attorney and if she felt like she needed one for any reason she could always get one. J███ explained she also contacted an attorney she knew and she was choosing not to speak with them at this time.

On June 2, 2025, TFO Kylie Ruiz met with victim W████ J███ at the United States Attorney's Office in Salt Lake City. Also in attendance was Assistant United States Attorney's Michael Kennedy and Bryan Reeves and Victim Specialist Crystal Peters. The purpose of this meeting was to review J███s account of the incident and further explain the trial process. Below is a summary of the interview but should not be accepted as a word for word account.

J███ explained her family dynamics. She mentioned leaving her job due to facts around this incident and the way her company and management handled it. J███ traveled alone often and never had an issue but she worries now and also worries about her kids flying alone. She recounted when her daughter recently took a flight and sent her a text after boarding telling her she was sitting next to an old lady and just thought she would like to know.

J███ was wearing a hoodie and jeans during the flight to be comfortable. MACLEAN was known to W███ as "Bobby". When MACLEAN boarded the flight he shook her hand and introduced himself, which she found a little odd but did not think much of it. MACLEAN told her things about himself including serving a mission, a drug addiction, being divorced, he had four children with one in law school, Stanford and talked very loudly about Putin, calling him a "Pussy". She recalled thinking Utah was conservative and was worried about how loud he was talking and was concerned Utah was a conservative state and people were going to think they were together. J███ shared some things about herself including her she was traveling for work, she had a daughter in law school, she was married and was a HR Manager. When the flight attendant came around for the drink service, she ordered first and ordered a Vodka/Cranberry. He ordered the same thing and she thought that was odd since she did not think that was typically a drink males order. She remembered keeping track and he ordered 5 drinks during the flight while she only had one but his behaviors never changed. He was the same the whole flight. The cabin lights dimmed after the drink service and but she kept hers on for knitting. She noted her light was the only light on the whole time. At some point, MACLEAN put his headphones on and J███ began knitting. J███ occasionally utilizes headphones when traveling but not always. J███ recalled MACLEAN continually encouraging her to take her mask off but because she is a rule follower, she did not unless she was eating or drinking. MACLEAN's was completely off and the flight attendant told him several times to put it back on.

J███ described the area of the seats they were seated in as 6" armrests between them. and there was no

UNCLASSIFIED//FOUO

---

Investigation on  06/02/2025  at  Salt Lake City , Utah, United States (In Person)

File #  164D-SU-3571214                                    Date drafted  06/10/2025

by  Kylie Ruiz

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RPT-FBI-01-00018

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

164D-SU-3571214

Continuation of FD-302 of  (U//FOUO)  Interview with W████ J████ , On  06/02/2025 , Page  2 of 2

reason to be touching. MACLEAN snuggled up next to her placing his arm under hers telling her to teach him to knit. She remembered thinking "What is happening?" and felt as though it was a red flag. He brushed her breast. He continuously told her how she was beautiful, sexy and his type. Each time, she would ask him to stop in some way.  She described these comments making her very uncomfortable and his behaviors disrupting her since he was not staying confined to his space. She recounted 5 other times he touched her breast during the flight. Each time she would get upset and he would apologize. At some point, midway to the second half of the flight, he went to the front of the plane to the restroom and J███ pushed the call button. When the flight attendant came over, she requested her to stop serving him alcohol and told her he was getting handsy. J███ was not sure the flight attendant completely head because although she made a comment about being hesitant to serve him, J███ did not feel that her response in whole was appropriate for what she had just told her. The next time MACLEAN asked the flight attendant for additional alcohol, she denied him, telling him they were not serving anymore. MACLEAN fell asleep or had his eyes closed with his seat reclined. The flight began to experience turbulence and the fasten seatbelt sign alarmed and illuminated. MACLEAN sat up and grabbed both breasts with both hands telling her they needed to get her buckled. She told him to worry about himself since she was already buckled. During the flight, MACLEAN had his mask off as he was sleeping and the flight attendant was going to wake him up. J████ intervened and asked her not to, she had a bit of a confused reaction and then they exchanged the note. J███ was embarrassed and fearful. She did not want the police called and did not want to cause a scene or draw any attention. There was no additional touching after the note was exchanged.

When the flight landed, instead of waiting to go row by row, MACLEAN gathered his things mentioned it was nice talking to her and quickly exited the plane, after only 1 or 2 people despite being in row 3, but left his headphones behind. J███'s original thought was to wait until the end to get off to avoid seeing him but ended up getting off sometime between first class and main cabin due to a large pause. J███ picked up the headphones, and upon exiting gave them to the Flight Attendant. J███ was speaking with the gate agent in the gate area and the Captain stopped to talk to her as well. He told her he had heard she had been knitting and hoped she'd stab him with her knitting needle. She was not sure if he was joking but said that thought never occurred to her because she is not a violent person. The flight attendant also made a comment about him possibly masturbating in the bathroom which also never occurred to her. The flight attendant and pilot walked to her uber with her. At some point she accidentally called co-worker but quickly hung up. After the complaint with United, she called Salt Lake Police first to report it the following day. She did not go to the facility as planned with her boss the following day but did go to dinner with her boss. She called the FBI on March 7, 2022 and met with an Agent at the Starbucks on March 11, 2022.

UNCLASSIFIED//FOUO

RPT-FBI-01-00018.02