# ATTACHMENT

# A

RIS: FO 2150-1

| ENFORCEMENT INVESTIGATIVE REPORT (Read Order 2150.3 for instructions) | Report Number 2022FS050460 | Related Number |
|---|---|---|

**ALLEGED VIOLATOR IDENTIFICATION**

1. Name    MACLEAN, ROBERT

DBA Name

Designator

2. Address (Include zip code)

██████████████████

███████████████ █ ██████████

UNITED STATES OF AMERICA

| TELEPHONE NUMBER     ████████ | 3. DATE OF BIRTH 1966/04/01 | 4. SEX M |
|---|---|---|

| 5. FAA Cert. # | 6. FAA Certificate Type NONE | | Business Concern INDIVIDUAL |
|---|---|---|---|

7. Aviation Employer

**AIRCRAFT, ENGINE, PROPELLER, COMPONENT OR APPLIANCE INVOLVED**

| 8. MAKE | 9. MODEL | 10. IDENT. NUMBER ACFT SN |
|---|---|---|
| 11. Owner Name | | 12. Address (Include zip code) |

**ALLEGED VIOLATION**

| 13. Date Occurred 2022/05/02 | 14. Time | 15. Date Known to FAA 2022/05/12 | 16. Region of Discovery GL |
|---|---|---|---|
| 17. Location    ONBOARD THE PLANE, DURING FLIGHT. Airport ID | | | Sec Cat |

18. Regulations Believed Violated

████████

| ENFORCEMENT INVESTIGATIVE REPORT (Read Order 2150.3 for instructions) | Report Number 2022FS050460 | Related Number |
|---|---|---|

**18. Regulations Believed Violated (Continued)**

Remarks:

### RELATED DATA

| 19. Type | 20. Sub Type | 21. Category | 22. Source | 23. Accident Assoc. |
|---|---|---|---|---|
| 17 | 98 | 18 | 11 | 00 |

24. Security Program

### INVESTIGATING FIELD OFFICE RECOMMENDATION

| 25. Type Action | 26. Sanction |
|---|---|
| ▮ | ▮ |

Reporting Inspector (Typed name)    WHITWORTH, MARIE    CASID

| 27. Date | 28. Investigating office | Chief (Typed name and signature) |
|---|---|---|
| 2022/11/09 | FS05 | ▮ |



| ENFORCEMENT INVESTIGATIVE REPORT (Read Order 2150.3 for instructions) | Report Number 2022FS050460 | Related Number |
|---|---|---|

**REGIONAL DIVISION REVIEW**

| 29. Regulations Believed Violated | 30. Recommended Type Action |
|---|---|
| ███████ | ███████ |
| | 31. Recommended Sanction |
| | ███████ |

Remarks:

| 32. Date    2022/11/09 | 33. Region    FS |
|---|---|

Typed Name/Title/Signature ███████ ███████ ███████

# SECTION B

## I.  Statement of Basis for Legal Enforcement Action

**Compliance Action Not Appropriate.** Compliance action was considered and deemed inappropriate. Under FAA Order 2150.3C, chap. 5, paragraph 5, investigative personnel:

**Refer cases to AGC for legal enforcement action consideration when the cases involve noncompliance arising from**:
  (1)  Intentional conduct;
  (2)  Reckless conduct;
  (3)  Failure to complete corrective action;
  (4)  Conduct creating or threatening to create an unacceptable risk to safety;
  (5)  Conduct giving rise to legal enforcement action required by law; and
  (6)  A certificate holder's lack of qualifications evidenced by a lack of care, judgment, or responsibility to hold a certificate;

**Should usually refer matters involving**:
  (7)  Law enforcement-related activities; and

**Have the discretion to refer cases involving**:
  (8)  Repeated noncompliance;
  (9)  Noncompliant safety management data systems and processes related to unintentional conduct; and
  (10) Matters pertaining to a certificate holder's competency or qualification that relate to a certificate holder's skills or ability to meet technical eligibility requirements.

This case involves (1) intentional conduct or (2) reckless conduct. It also involves *Compliance and Enforcement No. 2021-1,* which requires legal enforcement action for passengers who assault, threaten, intimidate, or interfere with a crewmember in the performance of a crewmember's duties in violation of 14 C.F.R. §§ 91.11, 121.580, 125.328, or 135.120, or who engage in conduct proscribed under 49 U.S.C. § 46318. Accordingly, legal enforcement action is appropriate for this case.

## II. Statement of Case (Facts)

**Facts:**

The United Certificate Management Office (UAL CMO) initiated an investigation regarding a report of an apparent violation of 14 C.F.R. § 121.580. The apparent violation occurred onboard United Airlines Flight 2485 from Denver, CO to Chicago, IL on May 2, 2022 in which Mr. Robert MacLean was a passenger. **(IOP 1, 5, 6.)**

While aboard Flight 2485, Robert MacLean interfered with flight attendant duties and was belligerent and threatening to other passengers while onboard United Airlines Flight 2485 and appeared to be intoxicated. Flight attendants stated Mr. MacLean had consumed several alcoholic drinks. When he asked for another drink, the flight attendant told him she could not serve him anymore alcohol, but she offered him water. Mr. MacLean responded loudly with inappropriate and offensive language. One of the passengers approached the forward galley and told the flight attendants that she heard Mr. MacLean say he was going to go to the galley and hit one of the flight attendants. Mr. MacLean got up to go to the lavatory and cursed at another passenger when he told her to move out of his way. The flight attendants felt threatened by Mr. MacLean and asked another passenger to assist them in the event Mr. MacLean became violent. When Mr. MacLean exited the lavatory, the male passenger able bodied assistant offered Mr. MacLean some water and return to his seat. Mr. MacLean returned to his seat and fell asleep. **(IOP 2, 3.)**

This inspector spoke with witness L████ T█████ who felt threatened by Mr. MacLean. She overheard him make a threat about the flight attendant. When she got up to go to the lavatory, she told the flight attendant in the galley she heard Mr. MacLean threaten to hurt the flight attendant. Mr. MacLean got up to go to the lavatory as well and attempted to push past Ms. T████ with his body. Ms. T████ stated Mr. MacLean was loud and using offensive language. **(IOP 9.)**

Two more witnesses were interviewed by this inspector. Mrs. J█████ B████ stated she was seated next to Mr. MacLean during the flight. Mrs. B████ said Mr. MacLean appeared to be acting odd when he boarded as if he was on kind of drug or had multiple drinks. Mrs. B████ said Mr. MacLean went to the lavatory when he first boarded and he also tried to take pictures with the pilots. Mrs. B████ stated Mr. MacLean was friendly when he first sat down in his seat, but occupied with a few phone calls. Mrs. B████ stated throughout the flight Mr. MacLean had consumed several drinks through dinner. Shortly after the meal, the situation changed. Mrs. B████ said Mr. MacLean asked for another drink after having several, and when the flight attendant told him she could not serve him another drink, Mr. MacLean became belligerent and cursing. **(IOP 7.)**

Witness D███ B████ stated he also noticed Mr. MacLean taking pictures with the pilots during

boarding. Mr. B███ said he was watching a movie with his headphone on when one of the flight attendants asked if he could help with dealing with a passenger who had become unruly and threatening.  Mr. B███ said the flight attendants had wine bottles in their hands ready to use in self-defense if needed.  Mr. B███ said the situation could be handled without them. Mr. B███ handed Mr. MacLean a glass of water that the flight attendant had poured while Mr. MacLean was in the lavatory.  Mr. MacLean seemed calm at first then said something intimidating to the flight attendant.  Mr. B███ grabbed Mr. MacLean's shoulder and told him to sit down.  Mr. MacLean did so with no further issues.  Mr. B███ said Mr. MacLean was definitely acting odd.  **(IOP 8.)**

Due to the incident, the flight crew requested local law enforcement meet the flight; however, the Captain's statement stated Denver police will not meet a flight unless charges are made ahead of time. **(IOP 4.)**

A Letter of Investigation (LOI) dated July 11, 2022 was sent to Robert MacLean July 22, 2022. **(IOP 10.)**

No LOI response was received from Mr. MacLean.

An authentication statement has been provided for all IOPs requiring authentication. **(IOP 11.)**

EIR# 2022FS050460 MacLean





EIR# 2022FS050460 MacLean

EIR# 2022FS050460 MacLean

# SECTION C

## ITEMS OF PROOF

**IOP #1** – Airline report (1 page)

**IOP #2** – Statement from FA Lockwood (4 pages)

**IOP #3** – Statement from FA Vogelsang (4 pages)

**IOP #4** – Statement from CA Wisecarver (4 pages)

**IOP #5** –Statement from Station Agent Vellinga (3 pages)

**IOP #6** – Passenger Manifest Flt 2485 (4 pages)

**IOP #7** – Record of Telcon Witness Je███ B███t (2 pages)

**IOP #8** – Record of Telcon Witness D██ B██ (1 page)

**IOP #9** – Record of Telcon Witness L██ T██ (1 page)

**IOP #10** – Letter of Investigation (LOI) (2 pages)

**IOP #11** – Authentication Statement for IOPs (1 page)

EIR# 2022FS050460 MacLean

P2 CALA 2485_5-02-22 Flt 2485 (ORD-DEN), Per 14CFR121.575(d), this is to report a passenger disturbance onboard UA2485-2May22 ORD-DEN, which was caused by a passenger who appeared to be intoxicated.  Subject passenger was verbally abusive and threatened a crewmember with physical harm. ▓▓▓▓▓▓ was declared, the flight continued to destination and LEO were requested to meet the arrival.



FA IOR-266213

Created on  May 4, 2022 4:43 PM

Incident Information     Incident Review     **All Tabs**

**Incident Information**

**Number**
FA IOR-266213

**Link to Parent**          **Other Links**

**Show Redacted**

**Employee Information**

**Show Redacted Data**
○ Yes     ◉ No

**Flight Information**

**Aircraft Type**                          **Nose Number**
37K                                        N68811 AC#: 0811 (3811)

**Departure Airport**      **Destination Airport**          **Diverted Airport**
ORD                        DEN

**Important note!**
The time field popups do not work with non-approved browsers. Please enter times directly in these fields such as "13:00" or "1:00 PM".

**UTC Out (ex: 13:00)**     **UTC Off (ex: 13:00)**     **UTC On (ex: 13:00)**     **UTC In (ex: 13:00)**
1:28 AM                     1:43 AM                     3:51 AM                    4:02 AM

**Depart Gate**     **Depart Area**     **Depart Dispatcher**          **Mean Service Time**
C10A                CHI                 38                             56

**Arrive Gate**     **Arrival Area**     **Arrival Dispatcher**          **Additional Links**
B17                 CHI                  35                             Dispatch View

**Conditions**

**Hours Awake Prior to Event**               **Hours on Duty Prior to Event**
13 hours                                     4 hours

**Phase of Operation**                       **Duties at Time of Event**
Takeoff and Inflight                         Working Crew – Non-IP/P/LQ

**Assigned Jumpseat**
1R

**Copy to AFA?**
◉ Yes    ○ No

**Taxonomies from Linked Reports**

FA IOR-265909: Event - Not Applicable (N/A)

FA IOR-265909: Event - Security

FA IOR-265909: Event - Security Misconduct

FA IOR-265909: Event - █████████

FA IOR-265909: Event - ██████████████

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Interference with Crewmember; Risk 2D (11)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Misconduct Abuse - Verbal; Risk 2D (11)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Misconduct CS/GSC Requested; Risk 2D (11)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Passenger; Risk 0E (21)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Security Misconduct; Risk 2D (11)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Security; Risk 2E (6)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - ███████████; Risk 2D (11)

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - ████████████████; Risk 0D (22)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Misconduct CS/GSC Requested

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Passenger

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Passenger Misconduct

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Passenger Misconduct Alcohol or Drugs

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Security

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Security Misconduct

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - █████████

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - ████████  ████████

**Events**

**Events**
Passenger
Security
Security : Misconduct
Security : Misconduct : Abuse - Verbal
Security : Misconduct : CS/GSC Requested
Security : Misconduct : Interference with Crewmember
Security : ███████████████
████████████████████████████████████████████████

[ **Add Events** ]

**Misconduct**

Passenger name   Robert Maclean

Passenger Removed from the Aircraft
○ Yes   ◉ No   ○ No Information
Passenger Seat Number   4A

## Narrative

Include as much information in the narrative as possible. You may also attach a document to this section. In that case please indicate here with "see attached" as this field is required to have at least some text in it.

Note: The analyst may edit the narrative slightly for security or readability reasons. A copy of the original narrative is always maintained in the tracking log.

**Subject (Keywords)** 💡
PAX - Alcohol related, SEC - Misconduct, SEC - Misconduct - Verbal, C-Alert, SEC - Misconduct - Interference, SEC - Misconduct - CS/GSC, Customer Care – 1K, PAX, SEC - Misconduct - Level 1

**Narrative** 💡
Threat Level 1

An hour before landing FA Vogelsang & I observed 1K passenger Maclean in 4A had consumed multiple drinks. We counted 3 and a half drinks and discussed that if he asked for another one we would cut him off. He had consumed 2 glasses of red wine, half a glass of champagne and a Baileys & coffee. He asked FA Vogelsang for another Baileys & coffee and I said I would offer him a water. I explained that I could not serve him more alcohol since he would exceed 1 drink per hour of flight and suggested he enjoy a water. He had a glazed stare so I offered him additional food (he had already eaten the provided dinner). He loudly said "Fuck You". I calmly stated I didn't appreciate being talked to that way, and another passenger said "don't speak that way to the FA". He then told me to take the "Fucking water back". I took his water and called the Capt from the 1st glass galley while he continued to curse at me and call me derogatory names. Moments later Tu███ in 5B approached the galley saying Maclean was still cursing and stated he was going to come up to the galley and hit me. FA Vogalsang called the Capt and while on the phone Maclean approached the galley. I grabbed a hot coffee pot and Vogalsang had wine bottles within reach in the event we needed to protect ourselves. He attempted to reach for the phone to speak to the Capt. FA Vogalsang said he could not speak to the Capt and moved backwards out of reach. Maclean then told T███ to "get out of his fucking way of the lavatory". Once in the lavatory, I thanked T███y for communicating with us and she returned to her seat. I asked B███ in 1E to be my ABA and stand in the galley in case Maclean became violent. FA Vogalsang and I practiced our commands for taking down a violent passenger. B███ offered Maclean a water when he came out of the lavatory. Maclean apologized for his language and then professed his love to me. I asked Maclean to enjoy his water at his seat and B███ shifted his body towards to isle to encourage Maclean to take his seat. Once seated Maclean passed out. I thanked B███ for being willing to assist and checked on T███, whom said she was fine. FA Vogalsang and I finished communicating with the Capt, called the back galley to debrief the situation and discreetly notified our armed prisoner escorts of the situation as agreed upon with the Capt. FA Vogalsang and I reviewed the situation while preparing for landing. We were both on edge and concerned about deplaning. The Capt had asked police to escort Maclean off so we asked passengers to remain seated once we arrived. Our flight was met by CSR's & inflight supervisors but no police. Myself & T███ did not press charges so Maclean deplaned. Capt Wisecarver was extremely supportive during the flight and stood in the galley with us during deplaning. We were shaken by this incident and upset that Maclean, a 1K passenger, was not held responsible for his threats. He is a frequent flyer and status member with United and our concern is that this event or worse may happen again on a future United flight.

**To prevent the system logging out while you are writing your report, please click on Reset Timer before the countdown reaches 0. This will refresh the system and extend your time.**

19:36

**Do you have a suggested resolution to the event?** 💡
Have police escort Maclean off the plane like Capt Wisecarver requested. Revoke Maclean's 1K status with United.

**Attachment** 💡

### Incident Review

## Human Factors (HFACS) Causing Incident

**HFACS**

[ Human Factors ]

**Explanation of Causes**

## Risk Assessment

**Risk Assessment Links**

| Risk Rank | Risk Level | Color | Description |
|---|---|---|---|
| 6 | 2E | | Elevated Risk |

**Action Items**

Action Item Link

FYI Link

Comments

Attachments

Other Links

FA IOR-266260                                                                 Created on  May 4, 2022 8:26 PM

| Incident Information | Incident Review | **All Tabs** |

**Incident Information**

**Number**
FA IOR-266260

**Link to Parent**                          **Other Links** 🔵

**Show Redacted**

**Employee Information**

**Flight Information**

**Aircraft Type**                               **Nose Number**
37K                                             N68811 AC#: 0811 (3811)

**Departure Airport**        **Destination Airport**              **Diverted Airport**
ORD                          DEN

**Important note!**
The time field popups do not work with non-approved browsers. Please enter times directly in these fields such as "13:00" or "1:00 PM".

**UTC Out (ex: 13:00)**      **UTC Off (ex: 13:00)**      **UTC On (ex: 13:00)**      **UTC In (ex: 13:00)**
1:28 AM                      1:43 AM                      3:51 AM                     4:02 AM

**Depart Gate**      **Depart Area**      **Depart Dispatcher**      **Mean Service Time** 🔵
C10A                 CHI                  38                          56

**Arrive Gate**      **Arrival Area**      **Arrival Dispatcher**      **Additional Links** 🔵
B17                  CHI                  35                          Dispatch View

**Conditions**

**Hours Awake Prior to Event**                    **Hours on Duty Prior to Event**
10 hours                                          6 hours

**Phase of Operation**                            **Duties at Time of Event**
Takeoff and Inflight                              Working Crew – Non-IP/P/LQ

**Assigned Jumpseat**                             **Copy to AFA?**
1L                                                ◉ Yes   ○ No

**Taxonomies from Linked Reports**

FA IOR-265909: Event - Not Applicable (N/A)

FA IOR-265909: Event - Security

FA IOR-265909: Event - Security Misconduct

FA IOR-265909: Event - ▐▐▐▐▐▐▐▐

FA IOR-265909: Event ▐▐▐▐▐▐▐▐▐▐▐▐

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Interference with Crewmember

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Misconduct Abuse - Verbal

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Misconduct CS/GSC Requested

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Passenger

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Security

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - Security Misconduct

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - ▐▐▐▐▐▐

FA IOR-266213 Working Crew – Non-IP/P/LQ: Event - ▐▐▐▐▐▐▐▐▐

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Misconduct CS/GSC Requested; Risk 2D (11)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Passenger Misconduct Alcohol or Drugs; Risk 1D (14)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Passenger Misconduct; Risk 1E (13)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Passenger; Risk 0E (21)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Security Misconduct; Risk 2D (11)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - Security; Risk 2E (6)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - ▐▐▐▐▐▐  Risk 2D (11)

FA IOR-266260 Working Crew – Non-IP/P/LQ: Event - ▐▐▐▐▐▐▐▐; Risk 0D (22)

**Events**

**Events**
Passenger
Passenger : Misconduct
Passenger : Misconduct : Suspected Use of Alcohol or Drugs
Security
Security : Misconduct
Security : Misconduct : CS/GSC Requested
Security : ▐▐▐▐▐▐▐
▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

**Add Events**

**Misconduct**

Passenger name    Robert Sutherland Maclean
Passenger name    Robert Sutherland Maclean
Passenger Removed from the Aircraft
◯ Yes    ⦿ No    ◯ No Information
Passenger Removed from the Aircraft
◯ Yes    ⦿ No    ◯ No Information
Passenger Seat Number    4A

## Narrative

Include as much information in the narrative as possible. You may also attach a document to this section. In that case please indicate here with "see attached" as this field is required to have at least some text in it.

Note: The analyst may edit the narrative slightly for security or readability reasons. A copy of the original narrative is always maintained in the tracking log.

**Subject (Keywords)**
PAX - Misconduct - Suspected use of Alcohol or Drugs, Customer Care – 1K, PAX, SEC - Misconduct, SEC - Misconduct - CS/GSC, SEC - Misconduct - Level 1

**Narrative** 🌐
Threat Level 1


FA Vogelsang & FA Lockwood observed 1K passenger Maclean in 4A had consumed multiple drinks. We counted 3 and a half drinks and discussed that if he asked for another one we would cut him off. He had consumed 2 glasses of red wine, half a glass of champagne and a Baileys & coffee. He asked FA Vogelsang for another Baileys & coffee and FA Lockwood said She would offer him a water. FA Lockwood explained that she could not serve him more alcohol since he would exceed 1 drink per hour of flight and suggested he enjoy a water. He had a glazed stare so FA Lockwood offered him additional food (he had already eaten the provided dinner). He loudly said "Fuck You". FA Lockwood calmly stated that she didn't appreciate being talked to that way, and another passenger said "don't speak that way to the FA". He then told FA Lockwood to take the "Fucking water back". FA Lockwood took his water and called the Capt from the 1st glass galley while he continued to curse at FA Lockwood and call her derogatory names. Moments later T█████ in 5B approached the galley saying Maclean was still cursing and stated he was going to come up to the galley and hit FA Lockwood. FA Vogelsang called the Capt and while on the phone Maclean approached the galley. FA Lockwood grabbed a hot coffee pot and Vogelsang had wine bottles within reach in the event we needed to protect ourselves. He attempted to reach for the phone to speak to the Capt. FA Vogelsang said he could not speak to the Capt and moved backwards out of reach. Maclean then told T████ to get out of his fucking way of the lavatory. Once in the lavatory, FA Lockwood thanked T████ for communicating with us and she returned to her seat. FA Lockwood asked B████ in 1E to be our ABA and stand in the galley in case Maclean became violent. FA Vogelsang and FA Lockwood practiced our commands for a violent passenger. B████ offered Maclean a water when he came out of the lavatory. Maclean apologized for his language and then professed his love to us. FA Lockwood asked Maclean to enjoy his water at his seat and ██████ shifted his body towards to isle to encourage Maclean to take his seat. Once seated Maclean passed out. We thanked B████ for being willing to assist and checked on T████, whom said she was fine. FA Vogelsang and FA Lockwood finished communicating with the Capt, called the back galley to debrief the situation and discreetly notified our armed prisoner escorts of the situation as agreed upon with the Capt. FA Vogelsang and FA Lockwood reviewed the situation while preparing for landing. We were both on edge and concerned about deplaning. The Capt had asked police to escort Maclean off so we asked passengers to remain seated once we arrived. Our flight was met by CSR's & inflight supervisors but no police. FA Lockwood & T████ did not press charges so Maclean deplaned. Capt Wisecarver was extremely supportive during the flight and stood in the galley with us during deplaning. We were shaken by this incident and upset that Maclean, a 1K passenger, was not held responsible for his threats. He is a frequent flyer and status member with United and our concern is that this event or worse may happen again on a future United flight.

**To prevent the system logging out while you are writing your report, please click on Reset Timer before the countdown reaches 0. This will refresh the system and extend your time.**

19:3

**Do you have a suggested resolution to the event?** 🌐

**Attachment** 🌐


### Incident Review

## Human Factors (HFACS) Causing Incident

**HFACS**

[ Human Factors ]

**Explanation of Causes**


## Risk Assessment

**Risk Assessment Links**

| Risk Rank | Risk Level | Color | Description |
|---|---|---|---|
| 6 | 2E | | Elevated Risk |

**Action Items**

  **Action Item Link**

  **FYI Link**

 **Comments**

 **Attachments**

 **Other Links** 🔵

FO IOR-72938                                                        Created on  May 3, 2022 5:06 AM

Incident Information     Incident Review     **All Tabs**

**Incident Information**

**Number**
FO IOR-72938

**Link to Parent**                    **Other Links**
Employee Reports                                                        [Show Redacted]

**Employee Information**

**Flight Information**

**Aircraft Type**                              **Nose Number**
37K                                            N68811 AC#: 0811 (3811)

**Departure Airport**        **Destination Airport**             **Diverted Airport**
ORD                          DEN

**Position**                 **Total Flight Time**    **Flight Time Last 90 Days**    **Flight Time In Type**
◉ Captain    ○ First Officer  184.83                  174.3                            4000

**Conditions**

**Hours Awake Prior to Event**               **Hours on Duty Prior to Event**
                                             13 hours

**Phase of Operation**                       **Duties at Time of Event**
Cruise                                       Pilot Monitoring

**Occurrence Location**      **UTC Occurrence Time (ex: 13:00)**     **Occurrence Altitude**

**Condition / Weather**
☐ VMC   ☐ IMC   ☐ Fog   ☐ Rain   ☐ Snow   ☐ Ice   ☐ Visibility   ☐ Thunderstorm   ☐ Windshear   ☐ Clear

**Incident Information**

**Did you declare an emergency or use emergency authority?**
◯ Yes  ⦿ No

**Maintenance Entry**
◯ Yes  ⦿ No

**ETOPS Flight Segment**
◯ Yes  ⦿ No

**Autoflight System On**
⦿ Yes  ◯ No

**International Flight**
◯ Yes  ⦿ No

**Taxonomies from Linked Reports**

FO IOR-72938 Pilot Monitoring: Event - Coordination or Communication Station Operations; Risk 1D (14)

FO IOR-72938 Pilot Monitoring: Event - Coordination or Communication; Risk 1E (13)

FO IOR-72938 Pilot Monitoring: Event - Interference with Crewmember; Risk 2D (11)

FO IOR-72938 Pilot Monitoring: Event - LEO or Airport Police Called; Risk 2D (11)

FO IOR-72938 Pilot Monitoring: Event - Misconduct Abuse - Verbal; Risk 2D (11)

FO IOR-72938 Pilot Monitoring: Event - Misconduct CS/GSC Requested; Risk 2D (11)

FO IOR-72938 Pilot Monitoring: Event - Passenger Misconduct Alcohol or Drugs; Risk 1D (14)

FO IOR-72938 Pilot Monitoring: Event - Passenger Misconduct; Risk 1E (13)

FO IOR-72938 Pilot Monitoring: Event - Security Misconduct; Risk 2D (11)

FO IOR-72938 Pilot Monitoring: Event - Security; Risk 2E (6)

FO IOR-72938 Pilot Monitoring: Event - ███████████████████

FO IOR-72938 Pilot Monitoring: Event - ███████████████; Risk 1D (14)

**Events**

**Events**
Coordination or Communication
Coordination or Communication : Station Operations
Passenger : Misconduct
Passenger : Misconduct : Suspected Use of Alcohol or Drugs
Security
Security : Misconduct
Security : Misconduct : Abuse - Verbal
Security : Misconduct : CS/GSC Requested
Security : Misconduct : Interference with Crewmember
Security : Misconduct : LEO or Airport Police Called
Security : ██████████████
████████████████████████████████████████████████

**Misconduct**

Passenger name
Passenger name
Passenger Removed from the Aircraft
◯ Yes  ⦿ No  ◯ No Information
Passenger Removed from the Aircraft
◯ Yes  ⦿ No  ◯ No Information
Passenger Seat Number

**Threats**

**Threats**

## Narrative

Include as much information in the narrative as possible. You may also attach a document to this section. In that case please indicate here with "see attached" as this field is required to have at least some text in it.

Note: The analyst may edit the narrative slightly for security or readability reasons. A copy of the original narrative is always maintained in the tracking log.

### Subject (Keywords) 🔵
Passenger Misconduct - Intoxicated, Threat level 1 - DEN - 737

### Narrative 🔵
Inflight FWD Flight Attendant called to tell us that passenger in 4a appeared intoxicated and he was "cutoff" after 3 and 1/2 drinks. He started yelling extremely inappropriate and offensive  language toward the flight attendant.  Shortly there after, he was heard by another passenger that he intended to physically harm the flight attendant. ▮▮▮▮▮▮▮ was declared to dispatch and police were requested through 3 separate ACARS messages. The event de-escalated over time and we arrived at the gate safely.  We were met by supervisors but NO police.  I was informed that regardless of a ▮▮▮▮▮ . Denver police will not respond unless we press charges ahead of time.

**To prevent the system logging out while you are writing your report, please click on Reset Timer before the countdown reaches 0. This will refresh the system and extend your time.**

19:43

### Do you have a suggested resolution to the event? 🔵
Our flight attendants handled and de-escalated this situation flawlessly.  What could be improved is our relationship with the Denver airport police. Them not responding when 3 separate requests are made is irresponsible. In my opinion it is a safety and threat issue for our employees and customers.

### Attachment 🔵

---

### Incident Review

## Office Integration

### Laser Beam Exposure Questionnaire

## Human Factors (HFACS) Causing Incident

### HFACS
[Human Factors]

### Explanation of Causes

## Risk Assessment

#### Risk Assessment Links

| Risk Rank | Risk Level | Color | Description |
|---|---|---|---|
| 6 | 2E | | Elevated Risk |

## Action Items

### Action Item Link

**FYI Link**
FYI-204588: SAFETIES_IOR_Security_w_Inflight, Bird, Henry (Completed)

**Comments**

**Attachments**

**Other Links**



**Regulatory Compliance and Dangerous Goods**

To:              SEEP – Unruly Passenger Task Force

Subject:     **Request for Flight Information**
                 **UA2485-2 May 2022 ORD-DEN**
                 **Intoxicated; Verbal abuse of crewmember and passenger; Physical threat against crewmember**

---

## AIRCRAFT INFORMATION

Registration:   N68811
Type:            737-900

## PILOT INFORMATION

**Captain:**     Jonathan Wisecarver u339772
Certificate:     2732811
Domicile:        IAD



**First Officer**   Richard Tempel u375341
Certificate        3029232
Domicile            DEN

## FLIGHT ATTENDANT INFORMATION

| Name | Address | Phone | Base |
|---|---|---|---|
| Carol Crane | ███ | ███ | DEN |
| Larry Holloway | ███ | ███ | IAD |
| Megan Lynch | ███ | ███ | IAD |
| Morgan Vogelsang | ███ | ███ | IAD |

## REPORTS

Attached
- FA IOR 265909        Holloway
- FA IOR 266213        Lockwood (Lynch)
- FA IOR 266260        Vogelsang
- FO IOR 72938          Wisecarver



**Regulatory Compliance and Dangerous Goods**

Station Report

| | |
|---|---|
| Case # | DE000353123 |
| Submitter | Nathan Vellinga |
| Date | 5/3/2022 |
| Location | On Aircraft |
| Description | Level 1 threat declared on ua2485 ORD-DEN arriving at b17. |

1K passenger, Robert Maclean, was seated in 4A and was served four alcoholic beverages. The FA politely refused his request for another alcoholic beverage and offered water. Mr. Maclean responded by telling the FA to "fuck off." Passenger L█████ T█████ was seated in 5B and told Mr. Maclean, "that is not very nice." Mr. Maclean then responded by saying, "fuck you, you can't tell me what to do! I'm not taking orders from a teenager!" Mr. Maclean was reported to then begin laughing loudly and the reportedly yelled, "I'm not going to slap that fucking bitch ... I'm not a child!" Ms. T█████ got out of her seat and walked toward the FA who interacted with Mr. Maclean to warn her of the threat. When Ms. T█████ turned around after approaching the FA, Mr. Maclean was right behind her and said he needed to use the restroom. He reportedly told her to "get out of the fucking way!" Mr. Maclean was in the restroom for a while. When he exited the restroom he was still swearing and then stated, "I guess I'll drink my fucking water," went to his seat and fell asleep.

CS supervisor, Tish Zadar and I met the inbound aircraft at b17. We both interviewed the FAs who were at the front of the aircraft prior to deplaning the passengers. The FA who was verbally threatened did not wish to press charges. Tish interviewed passenger L█████ T█████ who was seated in 5B and witnessed the incident. I interviewed Mr. Maclean as he deplaned and I escorted him to the terminal. Mr. Maclean reported that he was served alcoholic beverages during the flight and admitted to telling the FA to "fuck off." He did not admit to making any other threatening comments and denied yelling that he was going to slap the FA. He smelled strongly of alcohol and appeared to be intoxicated when walking. Mr. Maclean reported that he was an Air Force pilot. He reported that he went into the cockpit to talk to the pilots when he boarded the aircraft. Mr. Maclean said he did so because he wanted to make sure they were good pilots.

As passengers were deplaning, several passengers volunteered comments confirming the inappropriate behavior of Mr. Maclean. After escorting Mr. Maclean to the exit in the terminal, two passengers who were seated in business class on the flight approached me and confirmed the verbal threats and inappropriate behavior of Mr. Maclean.

I spoke with Corporate Security and we agreed that a SAP would be appropriate.

**PASSENGER INFORMATION**

| | |
|---|---|
| Name | Robert Sutherland MacLean – assailant  HS165102 |
| PNR | PRS1NS |
| Seat | 4A |
| Address | █████████ |





**Regulatory Compliance and Dangerous Goods**

Name        L████  H T████  – victim/witness
PNR         MXK6T8
Seat        5B
Address     ████████████

Attached
- Pax Manifest UA2485-2May22

| Seat | Rec Locator | Last Name | First Name | Flt Date | Flt # | Origin | Dest | Phone | Email |
|------|-------------|-----------|------------|----------|-------|--------|------|-------|-------|
| 23C | P0YQLR | BROGREN | ULF | 5/2/2022 | 2485 | ORD | DEN | | |
| 27E | F1EK48 | FUENTES | ANNEMARIE | 5/2/2022 | 2485 | ORD | DEN | | |
| 12B | JRJKGX | FOSTER | LAURIE | 5/2/2022 | 2485 | ORD | DEN | | |
| 29E | NR72XR | CARTER | ARTHUR | 5/2/2022 | 2485 | ORD | DEN | | |
| 21E | GWGVPS | BROZENA | JENNIFERLEIGH | 5/2/2022 | 2485 | ORD | DEN | | |
| 37E | NQRFE3 | ALKAABI | NAYEF | 5/2/2022 | 2485 | ORD | DEN | | |
| 29F | MMZ18P | ELLIS | ZACHARY | 5/2/2022 | 2485 | ORD | DEN | | |
| 1B | L2CDB4 | TRIANTAFILLOU | IRENE | 5/2/2022 | 2485 | ORD | DEN | | |
| 23D | HC2HJV | BANSAL | MANAV | 5/2/2022 | 2485 | ORD | DEN | | |
| 2E | IV1XRG | GATLIN | JACKIE | 5/2/2022 | 2485 | ORD | DEN | | |
| 39C | OBWLWE | KELL | STEPHANIEJEANNE | 5/2/2022 | 2485 | ORD | DEN | | |
| 20C | F3SGJ9 | DODSON | QUINTONELGIN | 5/2/2022 | 2485 | ORD | DEN | | |
| 28E | DQDRMQ | RIEGEL | LAURA | 5/2/2022 | 2485 | ORD | DEN | | |
| 22A | B6WWB3 | LAHR | SHAWNH | 5/2/2022 | 2485 | ORD | DEN | | |
| 28A | EZ4Z2H | ELOUMRANI | AHMED | 5/2/2022 | 2485 | ORD | DEN | | |
| 3A | IDKSDM | STEFANICH | CATHERINEANN | 5/2/2022 | 2485 | ORD | DEN | | |
| 4F | I2QQNF | NOVER | ZACHARY | 5/2/2022 | 2485 | ORD | DEN | | |
| 28B | J4XZK5 | PENNELL | JESSIE | 5/2/2022 | 2485 | ORD | DEN | | |
| 29C | ENXVKY | PRENDERGAST | CAROLJ | 5/2/2022 | 2485 | ORD | DEN | | |
| 25A | O9LC8C | TOUSEY | GEORGETHOMAS | 5/2/2022 | 2485 | ORD | DEN | | |
| 25D | DN64FX | GAMBOA | LEOA | 5/2/2022 | 2485 | ORD | DEN | | |
| 26E | J73S2Y | REED | JUSTICE | 5/2/2022 | 2485 | ORD | DEN | | |
| 8D | HD2QKL | HAUSNER | HEATHERNICOLE | 5/2/2022 | 2485 | ORD | DEN | | |
| 34A | HS081S | HOWARD | CLAIRE | 5/2/2022 | 2485 | ORD | DEN | | |
| 21F | IT1HE7 | FRIEDENSON | DAVID | 5/2/2022 | 2485 | ORD | DEN | | |
| 26D | MRP3C9 | REDDY | AVRILMS | 5/2/2022 | 2485 | ORD | DEN | | |
| 30B | E836X6 | MCDONALD | CHRISTINA | 5/2/2022 | 2485 | ORD | DEN | | |
| 4B | G9HPGR | BARTLETT | JENNIFERE | 5/2/2022 | 2485 | ORD | DEN | | |
| 20A | K1GNB7 | SCOTT | HEATHERMARIE | 5/2/2022 | 2485 | ORD | DEN | | |
| 3F | IQK384 | KUCIAPINSKI | KEVINSCOTT | 5/2/2022 | 2485 | ORD | DEN | | |
| 7F | LGQJJR | FERGUSSON | WILLIAMBRUCE | 5/2/2022 | 2485 | ORD | DEN | | |
| 34F | HW7YQH | ALTAMEEMI | HUSSEIN | 5/2/2022 | 2485 | ORD | DEN | | |
| 14A | FKJ9BB | LEJA | MACIEJ | 5/2/2022 | 2485 | ORD | DEN | | |
| 36A | JCDKJR | BECKER | CARYN | 5/2/2022 | 2485 | ORD | DEN | | |
| 12C | GEH8EF | MCLEAN | EBOWMAN | 5/2/2022 | 2485 | ORD | DEN | | |
| 4A | PRS1NS | MACLEAN | ROBERTSUTHERLAND | 5/2/2022 | 2485 | ORD | DEN | | |
| 12D | DEM8ES | BAUHOF | HANNAH | 5/2/2022 | 2485 | ORD | DEN | | |
| 3E | BXZF4Q | HOLSINGER | KATHLEEN | 5/2/2022 | 2485 | ORD | DEN | | |
| 38A | G3V9XM | RAHMANIM | KEVIN | 5/2/2022 | 2485 | ORD | DEN | | |
| 15C | EBGVG7 | TYLER | ELLAGRACE | 5/2/2022 | 2485 | ORD | DEN | | |
| 8E | P8TXB6 | WALTERS | JOHNDOUGLAS | 5/2/2022 | 2485 | ORD | DEN | | |
| 22F | MKV0X0 | KLEIN | JOSHUAN | 5/2/2022 | 2485 | ORD | DEN | | |
| 15A | D1GVM0 | MARTIN | RACHEL | 5/2/2022 | 2485 | ORD | DEN | | |
| 38C | MWV96Z | DOORE | CHLOEALLYSON | 5/2/2022 | 2485 | ORD | DEN | | |
| 12F | HH3GVX | CAMPBELL | AARONBRENT | 5/2/2022 | 2485 | ORD | DEN | | |
| 21B | BYR1SS | STERLING | CINDYJ | 5/2/2022 | 2485 | ORD | DEN | | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 36F | GR7DB9 | DUNNE | SELINADIANE | 5/2/2022 | 2485 | ORD | DEN |
| 14D | NZ44F9 | LAWSON | ERIK | 5/2/2022 | 2485 | ORD | DEN |
| 15D | HT09TP | HOPKINSON | OLIVERREGINALD | 5/2/2022 | 2485 | ORD | DEN |
| 26B | HL0762 | DAVAA | GANCHIMEG | 5/2/2022 | 2485 | ORD | DEN |
| 1F | AL126N | YOUNG | MARKSTEPHEN | 5/2/2022 | 2485 | ORD | DEN |
| 31C | L575XW | DUENSING | JOSEPHR | 5/2/2022 | 2485 | ORD | DEN |
| 9C | PW29J9 | MARCONI | DANIEL | 5/2/2022 | 2485 | ORD | DEN |
| 2A | JYXJZR | MCCORMICK | BRIAN | 5/2/2022 | 2485 | ORD | DEN |
| 10A | NH8DER | ESHLEMAN | JAMEST | 5/2/2022 | 2485 | ORD | DEN |
| 11F | CS11P8 | MEGGETT | DAVIDCHRISTOPHER | 5/2/2022 | 2485 | ORD | DEN |
| 31E | DCZG6P | RUDICK | DONALD | 5/2/2022 | 2485 | ORD | DEN |
| 5E | AH3CW9 | SANFORD | HOLLEY | 5/2/2022 | 2485 | ORD | DEN |
| 30A | L8SFWC | VALDEZ | MARIOFERNANDO | 5/2/2022 | 2485 | ORD | DEN |
| 22E | B2KJK6 | CALDERON | REBECCA | 5/2/2022 | 2485 | ORD | DEN |
| 31D | C7DHXL | SALOMATIN | ANATOLII | 5/2/2022 | 2485 | ORD | DEN |
| 35D | FKTFLV | TAYLOR | MADISON | 5/2/2022 | 2485 | ORD | DEN |
| 32B | J50G2E | VIRGEN | ELIZABETH | 5/2/2022 | 2485 | ORD | DEN |
| 24A | AST6LF | ASTORINO | GIUSEPPEMICHAEL | 5/2/2022 | 2485 | ORD | DEN |
| 12A | GVYJXP | ORTEGA | PRICILA | 5/2/2022 | 2485 | ORD | DEN |
| 11A | DPSH75 | GUMBINER | BROOKE | 5/2/2022 | 2485 | ORD | DEN |
| 34B | A56ZLG | KOSTAREV | DIMITARILIEV | 5/2/2022 | 2485 | ORD | DEN |
| 32F | MLTPK6 | CRIMMINS | STACYL | 5/2/2022 | 2485 | ORD | DEN |
| 38B | NNMQHJ | KAKWANI | VINAY | 5/2/2022 | 2485 | ORD | DEN |
| 35F | EFY43Q | SALASARAUJO | FERNANDA | 5/2/2022 | 2485 | ORD | DEN |
| 38D | A0EMKM | IRANI | MASSOUMEHR | 5/2/2022 | 2485 | ORD | DEN |
| 20E | G405HM | ODEA | ROSALIEJANE | 5/2/2022 | 2485 | ORD | DEN |
| 36B | FH8VG8 | AREVALOSCABRAL | MADEJESUS | 5/2/2022 | 2485 | ORD | DEN |
| 7D | AZW3B1 | REEVES | MELISSAANN | 5/2/2022 | 2485 | ORD | DEN |
| 35A | I12WQ0 | WEISHAAR | SARAHELIZABETH | 5/2/2022 | 2485 | ORD | DEN |
| 30F | EEM4VE | LESSARD | GUILLAUME | 5/2/2022 | 2485 | ORD | DEN |
| 4E | HN63GB | DANIELSON | TODDW | 5/2/2022 | 2485 | ORD | DEN |
| 10D | JN0Y9C | RECORD | DANIEL | 5/2/2022 | 2485 | ORD | DEN |
| 20F | AM5SCR | HUGHES | DAVIDGREGORY | 5/2/2022 | 2485 | ORD | DEN |
| 23A | FG24ZB | MASBY | KEISHANICOLE | 5/2/2022 | 2485 | ORD | DEN |
| 22C | NV2TR0 | WOODS | PHILIP | 5/2/2022 | 2485 | ORD | DEN |
| 28F | MPMN06 | PREUSS | SHOSHANA | 5/2/2022 | 2485 | ORD | DEN |
| 26F | LMBYQ2 | GARCIA | SALVADOR | 5/2/2022 | 2485 | ORD | DEN |
| 5F | O5DJQP | GOMEZ | MIRASOL | 5/2/2022 | 2485 | ORD | DEN |
| 39B | OCBZPM | ROOF | DENZEL | 5/2/2022 | 2485 | ORD | DEN |
| 27C | H5ND44 | WARING | BRUCEJAMES | 5/2/2022 | 2485 | ORD | DEN |
| 3B | GNPMET | LOPEZ | RONALDJ | 5/2/2022 | 2485 | ORD | DEN |
| 38F | F3Y30P | BLASAQUINO | HERNAN | 5/2/2022 | 2485 | ORD | DEN |
| 9D | GGZ5K9 | COLEMAN | RAYMONDTHOMASMR | 5/2/2022 | 2485 | ORD | DEN |
| 22B | K0CQKQ | ONEIL | JEREMYB | 5/2/2022 | 2485 | ORD | DEN |
| 27A | G2BKR0 | VENNARD | HENRY | 5/2/2022 | 2485 | ORD | DEN |
| 29D | F674G6 | WILCOX | JULIA | 5/2/2022 | 2485 | ORD | DEN |
| 36D | N27DDC | SHU | SHEN | 5/2/2022 | 2485 | ORD | DEN |
| 15E | GBDHSS | FAROOQUI | AZIZ | 5/2/2022 | 2485 | ORD | DEN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2B | O6XCBD | RABINOFF | MARCALLENDR | 5/2/2022 | 2485 | ORD | DEN |
| 26C | F74C07 | STOKES | FOLEYBRIAN | 5/2/2022 | 2485 | ORD | DEN |
| 14F | DJ7MVM | CLARK | AUDREYA | 5/2/2022 | 2485 | ORD | DEN |
| | D0FC3G | PETY | SULLIVAN | 5/2/2022 | 2485 | ORD | DEN |
| 38E | IN1X1T | KRAYCHY | JAMESN | 5/2/2022 | 2485 | ORD | DEN |
| 8A | A30Q0C | BEST | NICHOLAS | 5/2/2022 | 2485 | ORD | DEN |
| 25E | E2CREC | GASHI | CAITLYNI | 5/2/2022 | 2485 | ORD | DEN |
| 32E | DZ4KF7 | SULLIVAN | JORDANMS | 5/2/2022 | 2485 | ORD | DEN |
| 24B | PDPCNZ | CORDERO | CHRISTOPHER | 5/2/2022 | 2485 | ORD | DEN |
| 24D | D6T93W | HUNTER | KRISTIN | 5/2/2022 | 2485 | ORD | DEN |
| 10C | IT69D6 | MCKEEJR | JAMESLEON | 5/2/2022 | 2485 | ORD | DEN |
| 27F | F0PPP5 | SORENSEN | LEECHRISTIAN | 5/2/2022 | 2485 | ORD | DEN |
| 37A | O0X1EN | PERROTT | LIAMGRADY | 5/2/2022 | 2485 | ORD | DEN |
| 22D | PVGBDL | WAGNER | ROSEL | 5/2/2022 | 2485 | ORD | DEN |
| 29A | LJPMGT | RUMMELL | KEVIN | 5/2/2022 | 2485 | ORD | DEN |
| 5A | C27Q6Y | HASSEMER | JEFFERYP | 5/2/2022 | 2485 | ORD | DEN |
| 11C | NQRFE3 | ALKAABI | AMNA | 5/2/2022 | 2485 | ORD | DEN |
| 1A | L2CDB4 | TRIANTAFILLOU | ILIAS | 5/2/2022 | 2485 | ORD | DEN |
| 21D | EB5BXM | BOMBARD | JOHNJ | 5/2/2022 | 2485 | ORD | DEN |
| 2F | IV1XRG | GATLIN | TODD | 5/2/2022 | 2485 | ORD | DEN |
| 39A | OBWLWE | HARRIS | CHRISTOPHERSCOTT | 5/2/2022 | 2485 | ORD | DEN |
| 5B | MXK6T8 | TURNEY | LAURIEH | 5/2/2022 | 2485 | ORD | DEN |
| 31F | MW8X3C | CHRISTENSEN | DERIK | 5/2/2022 | 2485 | ORD | DEN |
| 39D | O16XHB | HAZELTON | ANNEELIZABETHMS | 5/2/2022 | 2485 | ORD | DEN |
| 10F | ATRBQ3 | COOPER | CREEDENCE | 5/2/2022 | 2485 | ORD | DEN |
| 34E | HW7YQH | ALRUBAYE | RANA | 5/2/2022 | 2485 | ORD | DEN |
| 8E | P8TXB6 | WALTERS | JOHNDOUGLAS | 5/2/2022 | 2485 | ORD | DEN |
| 21C | BYR1SS | STACYJR | ROBERT | 5/2/2022 | 2485 | ORD | DEN |
| 15D | HT09TP | HOPKINSON | OLIVERREGINALD | 5/2/2022 | 2485 | ORD | DEN |
| 26A | HL0762 | ROMAN | MICHAELANTHONY | 5/2/2022 | 2485 | ORD | DEN |
| 28D | NMH8X0 | WALSH | RYANM | 5/2/2022 | 2485 | ORD | DEN |
| 10B | NH8DER | NOVAK | ASHLEYNOELLE | 5/2/2022 | 2485 | ORD | DEN |
| 1E | GQFNNF | BARTLETT | DOUGLASALLEN | 5/2/2022 | 2485 | ORD | DEN |
| 35E | FKTFLV | COPE | ANDREWHERSHEL | 5/2/2022 | 2485 | ORD | DEN |
| 32A | J50G2E | VIRGEN | ZENAYDA | 5/2/2022 | 2485 | ORD | DEN |
| 20B | G405HM | BRITT | PAULANTHONY | 5/2/2022 | 2485 | ORD | DEN |
| 35C | FH8VG8 | ESTRELLA | ADRIAN | 5/2/2022 | 2485 | ORD | DEN |
| 30E | EEM4VE | DANIGELIS | ALYSSADIANE | 5/2/2022 | 2485 | ORD | DEN |
| 14C | C57N81 | MARTIN | THOREAUALEXANDER | 5/2/2022 | 2485 | ORD | DEN |
| 30C | PV2SB3 | DIMINO | RENEE | 5/2/2022 | 2485 | ORD | DEN |
| 9A | BJHFF0 | HORSWILL | ALEXANDERROBERT | 5/2/2022 | 2485 | ORD | DEN |
| 15F | GBDHSS | FAROOQUI | HUSNIYAHAZIZ | 5/2/2022 | 2485 | ORD | DEN |
| 9E | A30Q0C | BEST | WOLF | 5/2/2022 | 2485 | ORD | DEN |
| 32D | DZ4KF7 | SULLIVAN | DAVIDMR | 5/2/2022 | 2485 | ORD | DEN |
| 24C | PDPCNZ | ESPARZA | LAURENM | 5/2/2022 | 2485 | ORD | DEN |
| 21A | N48360 | PEREZ | KYLE | 5/2/2022 | 2485 | ORD | DEN |
| 37B | O0X1EN | PERROTT | JOSHUAEDWARD | 5/2/2022 | 2485 | ORD | DEN |
| 29B | LJPMGT | RUMMELLSR | LEONK | 5/2/2022 | 2485 | ORD | DEN |



| 37D | BB6T9W | LAHR | KENNETH | 5/2/2022 | 2485 | ORD | DEN |
| 11B | NQRFE3 | ALKAABI | AHMED | 5/2/2022 | 2485 | ORD | DEN |
| 20D | EB5BXM | GREEN | EARLC | 5/2/2022 | 2485 | ORD | DEN |
| 11D | GQGYLV | RENNIE | MITCHELLDONALD | 5/2/2022 | 2485 | ORD | DEN |
| 24F | LGXBC6 | ORTMAN | JOSEPHLEE | 5/2/2022 | 2485 | ORD | DEN |
| 34D | HW7YQH | ALTAMEEMI | BRER | 5/2/2022 | 2485 | ORD | DEN |
| 25C | J0GXSR | TOUSEY | GEORGE | 5/2/2022 | 2485 | ORD | DEN |
| 32C | J50G2E | BANUELOS | ELIAMJ | 5/2/2022 | 2485 | ORD | DEN |
| 36C | FH8VG8 | TAPIAESTRELLA | DALEYZAYAQUELIN | 5/2/2022 | 2485 | ORD | DEN |
| 8C | A30Q0C | AMRHEIN | FAE | 5/2/2022 | 2485 | ORD | DEN |
| 25F | HZPBWE | SCHEOPNER | SHELBY | 5/2/2022 | 2485 | ORD | DEN |
| 37C | O0X1EN | PERROTT | RENEEMICHELLE | 5/2/2022 | 2485 | ORD | DEN |
| 37F | NQRFE3 | ALKAABI | SAOUD | 5/2/2022 | 2485 | ORD | DEN |
| 30D | JWW2Z0 | SCHWARTZ | TARAANN | 5/2/2022 | 2485 | ORD | DEN |
| 25B | J0GXSR | TOUSEY | LISAJ | 5/2/2022 | 2485 | ORD | DEN |
| 35B | FH8VG8 | ESTRELLA | MELISSA | 5/2/2022 | 2485 | ORD | DEN |
| 8B | A30Q0C | AMRHEIN | PAUL | 5/2/2022 | 2485 | ORD | DEN |
| 11E | H6YR04 | ROTHMANN | TONI | 5/2/2022 | 2485 | ORD | DEN |
| 28C | G5M6VR | FEDOR | JULIAALEXANDRA | 5/2/2022 | 2485 | ORD | DEN |
| 9F | I0SBS9 | HUDETZDALE | JULIE | 5/2/2022 | 2485 | ORD | DEN |
| 34C | O3LH90 | CARR | TIMOTHY | 5/2/2022 | 2485 | ORD | DEN |
| 31B | F8H2R5 | BIERLEY | BROOKE | 5/2/2022 | 2485 | ORD | DEN |
| 9F | I0SBS9 | HUDETZDALE | JULIE | 5/2/2022 | 2485 | ORD | DEN |
| 12E | F5T8YF | THURSTON | GEORGEMARTIN | 5/2/2022 | 2485 | ORD | DEN |
| 31A | F8H2R5 | BIERLEY | ELIZABETHM | 5/2/2022 | 2485 | ORD | DEN |
| 8F | LMCH93 | WALTERS | JAMIEMICHELLE | 5/2/2022 | 2485 | ORD | DEN |

RECORD OF TELEPHONE CONVERSATION
Marie Whitworth
Aviation Safety Inspector
FAA Unruly Passenger Task Force

| Interviewee | Phone Number | Date | Time |
|---|---|---|---|
| Jennifer Bartlett | | 06/09/2022 | 1513 |
| **SUBJECT: Flight 2485, 2May2022, DEN-ORD, N68811** | | | |

On call:
Marie Whitworth, FAA ASI
J█████r B██████, witness

He was my seatmate.
He was probably the last one on the plane. He was acting odd, possible on something or multiple drinks.  Went to lav as soon as he got on and tried to take pictures with the pilots, but she doesn't know if he was successful or not.  Made reference to they were good pilots even though they weren't military.

He was in the bathroom for so long, that he seemed to be holding up the flight.

In the beginning he was nice, exchanged names, introduced himself.  Looking out the window.  Made a couple of phone calls during taxi and takeoff.  One possibly a significant other, possibly speaking in French.  Called another person and was trying to arrange plans once he arrived in DEN.  Then he was disconnected.

Went to the bathroom right after they took off.  He was in there an extraordinarily long time.

Starts looking out the window either talking to himself or singing lyrics.  He had a book and would read out loud from.  He was acting odd.  It looked like a kid's book about outer space. I did have my earbuds in so I couldn't hear exactly what he was saying.

F/As asked what they wanted for their entrée.  I took my earbuds out for that.  He ordered a meal, but I didn't. I asked for a glass of wine, he asked for a glass of wine.  They chatted.  He went to the air force academy but left. Then to Berkley or another prestigious school in CA.

He would lean over into her seat and she was leaning into the aisle. FAs brought the meal and the wine. They seemed to act as if they thought they knew each other.

They both got another glass of wine.  He finished his meal, got up and went to the bathroom again and was there a long time.  I was almost finished with my wine when he came back.  He then wanted champagne and the flight attendant brought it to him. He said it was awful.  She thought he wouldn't drink it, but instead he chugged it then asked the F/A if he could have a Bailey's and coffee.  Finished that.  Then it started to go downhill.

RECORD OF TELEPHONE CONVERSATION
Marie Whitworth
Aviation Safety Inspector
FAA Unruly Passenger Task Force

I put my earbuds back in, but had the noise filter on so she could hear.  He asked for another drink and the F/A said she would have to check, she hesitated.  About 10 minutes later, the head F/A came back and she basically called him out and told him no, he's had too many already and here's a glass of water.  He got really upset.  He said she was treating him like a child.  (I thought she didn't handle it very well.)  He was very belligerent and dropping F bombs.  I don't remember him threatening anyone.  I don't remember him saying anything threatening to anyone.  I looked at my husband and he seemed to be asleep, but he wasn't.

Then he put his hands against the window and started his earlier strange behavior.  Settled down, got up and went to the bathroom again.  I saw one of the F/As talk to my husband.  He seemed to be calmed down and in a much better mood when he came back to his seat.  Got a little amped up again and started muttering foul language.  Then he eventually passed out/fell asleep.  He was quiet until the seatbelt check and the flight attendant came through to check.  I did ask the flight attendant to please not wake him up.

There were a couple of ladies that I tried to get eye contact with during the flight.

He woke up and said he was a nervous flyer.  Wanted to know why they were still seated.
He pushed past her to get into the aisle to get his bag.  He did say it was so nice to meet her.  She wished him a good ski trip and he said he wasn't going skiing.  He then started cussing her out.

I never felt like I was in danger at any time.  I just thought he was probably just high and drunk and needed to pass out.

RECORD OF TELEPHONE CONVERSATION
Marie Whitworth
Aviation Safety Inspector
FAA Unruly Passenger Task Force

| Interviewee | Phone Number | Date | Time |
|---|---|---|---|
| Doug Bartlett | ███████████ | 06/13/2022 | 1400 |
| SUBJECT: United Flight 2485 2May2022, DEN-ORD, N68811 | | | |

On call:
Marie Whitworth, FAA ASI
D██████  witness

Mr. B█████did notice the guy when he boarded.  He said the passenger, Mr. MacLean, was taking selfies with the pilots during boarding.
Mr. B███t stated he was watching a movie with his headphones on.  About 2 hours into the flight, he realized there was some commotion going on behind him. A FA asked if he could take his headphones off to speak to him.  She told Mr. B█████ that there was a passenger in the lav who was unruly and had threatened her and she asked for Mr. B█████s help in dealing with the passenger. The FA explained what was happening, how many drinks she had served him the alleged violator. Mr. B█████mentioned that the flight attendants had wine bottles in their hands, prepared to use them in defense if necessary.  Mr. B█████ said no, we can handle this without having to use them.  The flight attendant had poured a glass of water for the alleged violator for when he came out of the lavatory.  Mr. B█████ took the glass of water to give to the guy.  When the passenger came out of the lavatory, Mr. B█████handed him the water. Immediately the passenger apologized and said I'm drunk and seemed calm.  He then he changed again and leaned up against the wall and said something intimidating to the flight attendant.

Mr. B█████said that's when he grabbed Mr. MacLean's shoulder and said you're going to sit down right now.  Mr. MacLean became docile and returned to his seat with no further issues.

Upon landing, the gate agent came onboard and told the FA the police weren't coming to meet the flight.  The gate agent took Mr. MacLean off the plane.

Mr. B█████ mentioned his background included time in the military and as an EMT.

Mr. B█████stated Mr. MacLean was definitely acting odd from the time he boarded the plane.

## RECORD OF TELEPHONE CONVERSATION
### Marie Whitworth
### Aviation Safety Inspector
### FAA Unruly Passenger Task Force

| Interviewee | Phone Number | Date | Time |
|---|---|---|---|
| L███ T████ (victim/witness) | ████████ | 8/23/2022 | 1239 |
| **SUBJECT: United Flight 2485 2May2022, DEN-ORD, N68811** | | | |

On call:
Marie Whitworth, FAA ASI
La████ T████ victim/witness

Where were you seated?
Row directly behind Mr. MacLean

What did you witness?
He had had several drinks, I think five and he asked for another.  The flight attendant was very polite but told him he couldn't have another drink.

He made a threat about the flight attendant.  I had to go to the restroom, so when I got up, I told the flight attendant that he threatened to hurt her.  He came up right behind me. He said get out of my way – using a lot of offensive language and pushed me with his body. He said he was going to the bathroom.  I told him I was going to the lavatory and I went.  When I came out he was being really pushy and said he was going to talk to the pilots.  The flight attendants told him he couldn't talk to the pilots. When he came out of the lavatory, they were able to get him to go to his seat.

Even once he got to his seat he was still talking loudly and making threatening statements and using foul and offensive language.

Made a lot of the passengers around very uncomfortable.  He was out of control.

Who took your statement?
Lady had blonde hair; 5'7", supervisor of flight attendants.  I spent 45 minutes going over everything that happened and she wrote everything down.



U.S. Department
of Transportation

**Federal Aviation
Administration**

Special Emphasis Enforcement Program          Email: FS05-SEEP@faa.gov

July 11, 2022

FEDEX TRACKING ID 777357913252 – SIGNATURE REQUIRED and FIRST CLASS
REGULAR MAIL

Robert MacLean
201 Lone Pine Drive
Palm Beach Gardens, FL 33410-2467

SUBJECT: EIR 2022FS050460

Dear Mr. MacLean:

This letter is to inform you that personnel of the Federal Aviation Administration are
investigating an incident that occurred on May 2, 2022, aboard United Flight 2485 from Denver,
CO to Chicago, IL. Records indicate you were a passenger on that flight. According to
information submitted to this office, you appeared to be intoxicated and became belligerent
towards the flight attendant and used obscenities.  You refused to follow crewmember
instructions. Due to the incident, the flight crew requested law enforcement meet you at the gate.

These actions may have been contrary to Federal Aviation Regulations, and enforcement action
may be taken against you.

We wish to offer you an opportunity to submit a written statement within ten (10) days of
receipt of this letter. Your statement should contain all pertinent facts and any extenuating
or mitigating circumstances you believe have a bearing on this matter. Your response
should be sent via e-mail to FS05-SEEP@faa.gov with the following information in the
subject line: "Attn: Marie Whitworth – EIR 2022FS050460". If we do not hear from you
within the specified time, we will process this report without the benefit of your statement.

Sincerely,

**MARIE Y
WHITWORTH**

Digitally signed by MARIE Y
WHITWORTH
Date: 2022.07.18 08:51:21
-05'00'

Marie Whitworth
Aviation Safety Inspector

Enclosure
Privacy Act Notice

2

***Privacy Act Notice***

*This notice is provided in accordance with Section (e) (3) of the Privacy Act, 5 U.S.C. Section 552 a (e)(3), and concerns the information requested in the correspondence or form with which this notice is enclosed.*

   A.  *Authority: This information is solicited pursuant to 49 U.S.C. § 40113(a) and the regulations issued under that statutory provision codified in 14 CFR part 13, Investigative and Enforcement Procedures.*

   B.  *Principal purposes:*

     *1.  The request for information is intended to provide you with an opportunity to participate in the investigation of an apparent deviation from the Federal Aviation Regulations, or pertinent statutes, standards, or procedures.*

     *2.  The requested information will be used to help determine the root cause(s) of the subject event, identify safety concerns, determine whether or not there has been a deviation from the Federal Aviation Regulations or pertinent statutes, standards, or procedures, and what, if any, action should be taken. The requested information will be used for safety risk assessment and risk mitigation, and for finding and fixing safety issues in the National Airspace System (NAS).*

   C.  *Routine uses: Records from this system of records may be disclosed in accordance with the routine uses that appear in Department of Transportation (DOT)/FAA 847, Aviation Records on Individuals (current edition), available at https://www.transportation.gov/individuals/privacy/privacy-act-system-records-notices.*

   D.  *Effect of failure to respond: Submission of information is voluntary. The FAA cannot impose any penalties upon you if you choose not to respond to this information request. If you choose not to respond, however, the FAA will make determinations about possible action for this matter without the benefit of your comments.*

Inspector's Statement of Authenticity
Marie Whitworth
August 31, 2022

On June 6, 2022, a report on an unruly passenger was sent to the Special Emphasis Enforcement Program Unruly Passenger Task Force (SEEP URP TF) from United Airlines Certificate Management Office (United CMO). ▮▮▮▮▮ provided the SEEP team with the initial report **(IOP 1)** and witness statements **(IOPs 2, 3, 4, 5, 6).** J▮▮▮▮▮ contact information is: work phone number: ▮▮▮▮▮▮▮▮▮▮

On June 9, 2022, I conducted a telephonic interview with passenger/witness J▮▮ B▮▮. **(IOP 7.)**

On June 13, 2022, I conducted a telephonic interview with passenger/witness D▮▮ B▮▮ **(IOP 8.)**

On August 23, 2022, I conducted a telephonic interview with passenger/ alleged victim I▮▮ T▮▮ **(IOP 9.)**

On July 11, 2022, a Letter of Investigation (LOI) was sent to Mr. MacLean. **(IOP 10.)**

Each IOP is a true and accurate copy of the documents provided to me. **(IOP 11.)**

**MARIE Y WHITWORTH**
Digitally signed by MARIE Y WHITWORTH
Date: 2022.08.31 15:23:39 -05'00'

Marie Whitworth

EIR# 2022FS050460 MacLean