Aaron B. Clark (15404)
Jordan E. Westgate (16098)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
aaron.clark@dentons.com
jordan.westgate@dentons.com

*Attorneys for Defendant, Robert Sutherland MacLean*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT SUTHERLAND MACLEAN,<br><br>        Defendant. | **DEFENDANT ROBERT SUTHERLAND MACLEAN'S OBJECTION TO PROPOSED SPECIAL CONDITION IN THE UNITED STATES' SENTENCING MEMORANDUM**<br><br>Case No. 2:23-CR-153<br><br>Judge Dale A. Kimball |

In the United States' Sentencing Memorandum ("U.S. Memorandum"), the government requests a special condition for Mr. MacLean's supervised release that would require Mr. MacLean to obtain the approval of U.S. Probation prior to any commercial flight, as well as to make both the airline and pilot of any such flight aware of his conviction:

> The defendant shall not travel by commercial airline without prior approval of the U.S. Probation Office. Prior to boarding any commercial aircraft, the defendant shall ensure that the airline and the pilot in command of the aircraft are aware of the conviction in this case.

U.S. Memorandum at 18.

SL_8196436.1

Mr. MacLean objects to this proposed special condition. It is both unnecessary and unduly punitive. As a result of this conviction, Mr. MacLean will already have to register as a sex offender and abide by the numerous restrictions imposed with that designation. Further, during his six and a half months of pre-trial release (as well as all the time from May 2022 through his arrest in November 2024), Mr. MacLean regularly traveled by commercial flights without incident. And finally, this special condition would almost certainly prevent Mr. MacLean from traveling by commercial airline entirely, which would severely inhibit his ability to earn a living.

The Court should therefore decline to impose this proposed special condition.

DATED: September 29, 2025.

**DENTONS DURHAM JONES PINEGAR**

/s/ *Aaron Clark*
Aaron B. Clark
Jordan E. Westgate

*Attorneys for Defendant Robert Sutherland MacLean*

2
SL_8196436.1

## <u>CERTIFICATE OF SERVICE</u>

I, Molly Mallard, certify that on this 29th day of September, 2025, I caused a true and correct copy of the foregoing to be served via CM/ECF on counsel for all parties of record herein.

/s/   Molly Mallard

SL_8196436.1